AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB - 7 2015

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Marco ZUMAYA-Gallegos   MX   YOB:1959 | ) | Case No. M-15-195-M |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/06/2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841<br>21 USC 846 | Knowingly and intentionally possess with intent to distribute approximately 16.74 kilograms of cocaine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute 16.74 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See Attachment "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

Nathan Stoltz, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/7/2015

_____
Judge's signature

City and state: McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On February 6, 2015, Homeland Security Investigations, Office of the Assistant Special Agent in Charge McAllen, Texas (HSI McAllen) Special Agents (SAs) were notified of a cocaine seizure at the Hidalgo, Texas Port of Entry (POE).

Customs and Border Protection Officers (CBPOs) at the Hidalgo, Texas POE referred a Dodge Caravan, bearing Mexico License Plate number 835TPV6 driven by Marco ZUMAYA-Gallegos, to secondary inspection for additional examination. A narcotic detector dog (NDD) inspection of the vehicle resulted in an alert. A Gamma-ray inspection of the vehicle revealed anomalies in the rear quarter panels. Further inspection revealed 15 bundles totaling 16.74 kilograms of a substance that field tested positive for cocaine inside the rear quarter panels. HSI SAs responded to the Hidalgo POE to interview ZUMAYA. ZUMAYA waived his rights, both orally and in writing.

ZUMAYA stated the vehicle was his and he knew there were narcotics in the vehicle. ZUMAYA stated he was smuggling the narcotics for a subject in Mexico that he knew only as MARIO. ZUMAYA stated MARIO was going to pay him $3,000.00 for smuggling the narcotics into the United States.

AUSA Toni Trevino was advised of the facts of the case and authorized federal prosecution on ZUMAYA.